UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEVEN MATZURA, on behalf of himself and
all others similarly situated,

Docket No.: 1:18-cv-06338 (VSB)

**STIPULATION OF DISMISSAL**

Plaintiff(s),

-against-

EXECUTIVE CARE FRANCHISING, LLC,

Defendant(s).
---------------------------------------------------------------X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulates that all claims of Plaintiff Steven Matzura herein against Defendant Executive Care Franchising, LLC be dismissed in their entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: Melville, New York
       October 30, 2018

JOSEPH H. MIZRAHI LAW P.C.
*Attorney for Plaintiff*

LYDECKER | DIAZ
*Attorneys for Defendant*
*Executive Care Franchising, LLC*

By: _____
Joseph H. Mizrahi, Esq.
300 Camden Plaza West, 12 Floor
Brooklyn, NY  11021
Phone: (917) 299-6612
Facsimile: (718) 425-8954

By: _____
Kevin D. Clinton, Esq.
200 Broadhollow Road, Suite 207
Melville, NY  11747
Phone: (631) 390-8365
Facsimile: (914) 598-2301
LD File No.: 50100

So Ordered:

*Vernon Broderick* 11/1/2018
Vernon S. Broderick
United States District Judge